UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>FRANCISCO OROZCO-MORFIN,<br><br>    Defendant. | Case No. 91CR0063-JAH<br><br>ORDER OF DISMISSAL<br>OF INDICTMENT AND<br>RECALL ARREST WARRANT |

  Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

  IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

  IT IS SO ORDERED.

DATED: December 20, 2012

_____
JOHN A. HOUSTON
United States District Judge